# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

132971

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v
    SC: 132971
    COA: 274358
    Wayne CC: 05-003497-01

DONALD RAY COLE,
     Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the December 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    CAVANAGH, J., would grant leave to appeal.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

p0521

_____
Clerk